**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Shawn Bernard Mathis                    CHAPTER 13

                    Debtor(s)

                                                BKY. NO. 26-10352 AMC


**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.


                      Respectfully submitted,


/s/ *Matthew Fissel*
Matthew Fissel
12 Feb 2026, 16:38:13, EST


                      KML Law Group, P.C.
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106-1532
                      (215) 627-1322

Document ID: 4d67b2798bb0c0db41dd8151e0307f760e0bd4ea997df3ca810b63d01a378388