IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

26-10352

DEBTOR(S):

SHAWN BERNARD MATHIS

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 16 IN THE AMOUNT OF $2,389.26

CREDITOR'S SIGNATURE:

*/s/ Brandie McCann*

CREDITOR CONTACT INFO:

Pinnacle Credit Services, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

4/17/2026