IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :       Chapter 13

Shawn Bernard Mathis              :       Case No. 26-10352-amc
xxx-xx-1805
     Debtor

ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTOR'S EMPLOYER:

The future earnings of the above named Debtor is subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the Debtor's plan.

IT IS THEREFORE ORDERED that the Employer of the Debtor shall deduct from the wages of the Debtor, beginning with the next pay period after receipt of the Order the sum of

**$1,200.00 EVERY TWO (2) WEEKS**.

The Employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below.

All prior Wages Orders are TERMINATED.

Date: Aug. 3, 2026

_____
HONORABLE ASHELY M. CHAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

Make checks payable to:            David M. Offen Esquire
Kenneth E. West, Trustee          The Curtis Center
P.O. Box 1799                     601 Walnut Street, Suite 160 West
Memphis, TN  38101-1799           Philadelphia, PA 19106
                                  (215) 625-9600

Payroll Controller
Social Security Administration
300 Spring Garden Street
Philadelphia, PA 19123