UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          |        Chapter 13
   SHAWN BERNARD MATHIS             |        Bankruptcy No.26-10352-AMC

                                                    |

                 Debtor                        |

CERTIFICATE OF SERVICE

I, Kenneth E. West, Esq., do hereby certify that a true and correct copy of the foregoing

*Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the

above-referenced case has been served this 6th day of August, 2026, by first class mail upon

those listed below:

SHAWN BERNARD MATHIS
6643 MARSDEN STREET
PHILADELPHIA, PA  19135

**Electronically via CM/ECF System Only:**

DAVID OFFEN ESQUIRE

Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA  19107

*/s/ Kenneth E. West, Esq.*
Kenneth E. West, Esq.
Standing Chapter 13 Trustee